UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **TIMOTHY JILEK,** an adult and a resident of the Town of Standish, County of Cumberland, State of Maine, <br><br> Plaintiff <br><br> v. <br><br> **MAURICE BARNARD**, an adult and a resident of the Township of Hillside, County of Union, State of New Jersey <br><br> and <br><br> **WESTERN EXPRESS, INC.**, a Tennessee corporation with its principal office in the City of Nashville, County of Davidson, State of Tennessee <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Civil Action No: <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

NOW COMES the Plaintiff Timothy Jilek, by and through his attorneys, Fales & Fales, P.A., and complains against the Defendants Maurice Barnard and Western Express, Inc. as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this action under 28 U.S.C. §1332(a) in that this action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

2. Venue is proper in the District of Maine pursuant to 28 U.S.C. §1391(a) as the claim arose here.

**PARTIES**

3. Plaintiff Timothy Jilek is an adult and resides in the Town of Standish, County of Cumberland, State of Maine. He is a citizen of the State of Maine.

4. Defendant Maurice Barnard is an adult and a resident of the Township of Hillside, County of Union, State of New Jersey. He is a citizen of the State of New Jersey.

5. Defendant Western Express, Inc. is incorporated in the State of Tennessee and has its principal office in the City of Nashville, County of Davidson, State of Tennessee.

**COUNT I (Negligence)**

6. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 5 of this Complaint as if fully set forth herein.

7. On or about December 14, 2023, Timothy Jilek was the operator of a motor vehicle traveling in a generally northerly direction on Ossipee Trail in the Town of Limington, County of York, State of Maine.

8. On or about December 14, 2023, Maurice Barnard was the operator of a motor vehicle traveling in a generally westerly direction on Sokokis Avenue in the Town of Limington, County of York, State of Maine.

9. At the above-described time and location, Maurice Barnard entered the intersection of Ossipee Trail and Sokokis Avenue against a steady red signal,

failed to keep a proper lookout and to yield the right-of-way, and thereby negligently caused a collision with the vehicle operated by Timothy Jilek.

    10.    At all times pertinent to this Complaint, Timothy Jilek exercised due care.

    11.    As a result of the negligence of Maurice Barnard, Plaintiff Timothy Jilek:

        a. sustained severe personal injury, which may be permanent;

        b. has incurred, and will in the future incur, medical expenses;

        c. has lost, and may in the future lose, income from his employment;

        d. has suffered, and will continue to suffer, great pain of mind and body, discomfort, anguish, and inconvenience; and

        e. has suffered permanent impairment.

WHEREFORE, by this Count, Plaintiff Timothy Jilek demands judgment against Defendant Maurice Barnard, jointly and severally with Western Express, Inc. to the extent permitted by law, in a sum reasonable upon the premises, together with interest and costs, and such other and further relief as may be just and proper.

## COUNT II (Respondeat Superior)

    12.    Plaintiff Timothy Jilek repeats the allegations contained in Paragraphs 1 through 11 of Count I of this Complaint as if fully set forth herein.

    13    At all times pertinent to this Complaint, Maurice Barnard was acting as the agent, employee, or servant of Western Express, Inc.

14. Western Express, Inc. is jointly and severally liable for the damages caused to Timothy Jilek as a result of the negligence of Maurice Barnard.

15. At all times pertinent to this complaint, Plaintiff Timothy Jilek was in the exercise of due care.

WHEREFORE, by this Count, Plaintiff Timothy Jilek demands judgment against Western Express, Inc., jointly and severally with Maurice Barnard, in a sum reasonable upon the premises, together with interest and costs, and such other and further relief as may be just and proper.

## JURY DEMAND

Plaintiff Timothy Jilek demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED at Lewiston, Maine this 23rd day of October, 2025.

/s/ Anthony K. Ferguson
Anthony K. Ferguson, Esq.
Attorney for Plaintiff
MAINE BAR REGISTRATION #2821

FALES & FALES, P.A.
192 Lisbon Street
P.O. Box 889
Lewiston, ME  04243-0889
(207) 786-0606
aferguson@faleslaw.com